```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 06267
  TATIANNA FONDREN
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-4794


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 03/17/2008 and was not confirmed.

    The case was dismissed without confirmation 05/12/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED        1173.75         .00            .00
FREEMONT INVESTMENT        NOTICE ONLY    NOT FILED         .00            .00
FREMONT INVESTMENT AND L   SECURED NOT I  41778.98          .00            .00
FREMONT INVESTMENT & LOA   CURRENT MORTG      .00           .00            .00
PRO SE DEBTOR              DEBTOR ATTY        .00                          .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                          .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       --------------     --------------
TOTALS                      .00                   .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 08/26/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```